# United States Court of Appeals for the Federal Circuit

April 3, 2013

## ERRATA

Appeal No. 2012-3167

## WILLIAM T. JONES

v.

## ENVIRONMENTAL PROTECTION AGENCY

Decided:  April 3, 2013
Nonprecedential Opinion

Please make the following change:

Page 4, line 9, change "represented" to "misrepresented."